COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Raymond Espinosa v. J. Norris, Aaron's Rents, Inc.

Appellate case number:    01-14-00843-CV

Trial court case number:   2010-70720

Trial court:                129th District Court of Harris County

The appellate record in this case was due on November 17, 2014. On November 4, 2014, court reporter Jennifer Phillips notified the Court that there is a reporter's record, that she may not be the only court reporter involved in this appeal, and that appellant had not requested that the record be prepared and had not paid or made arrangements to pay for the record. On December 3, 2014, court reporter Cynthia Berry informed the Court that she and Jennifer Phillips are the two court reporters in this case, that she had not been contacted by the appellant, and that she did not make any records in this case. The clerk's record was filed on December 3, 2014, and a supplemental clerk's record was filed on January 5, 2015.

Also on December 3, 2014, the Clerk of the Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless he either provided written evidence from the court reporter showing that he had paid or made arrangements to pay for preparation of the reporter's record or filed a response showing that he was exempt from paying for the reporter's record by January 2, 2015, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

On January 23, 2015, appellant filed an "Unopposed Motion to Clarify (Or Extend) Time For Filing of Appellant's and Appellee's Opening Brief." In the motion, appellant states that "[i]nvoices for both the Court's Record and the Reporter's Record were received by the undersigned, and paid by the undersigned." Appellant does not, however, provide any evidence, and specifically fails to provide any written evidence

from the court reporter, to show that he has paid or made arrangements to pay for the reporter's record. Appellant requests that we "clarify, and if necessary, [sic] extend the due date for both the Appellant's Opening Brief and the Appellee's Opening Brief."

By failing to provide any written evidence from the court reporter showing that he has paid or made arrangements to pay for the reporter's record, appellant failed to adequately respond to this Court's December 3, 2014 notice.

Accordingly, the Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See id.* Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Appellant's "Unopposed Motion to Clarify (Or Extend) Time For Filing of Appellant's And Appellee's Opening Brief" is dismissed as moot.

It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                  ☒ Acting individually     ☐ Acting for the Court

Date:  February 5, 2015